IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS NASH,

    Plaintiff,

vs.

KRISPY KREME DOUGHNUTS, INC., et al.,

    Defendants.

No. CIV S-06-1371 GEB KJM

<u>ORDER</u>

    The parties have submitted a stipulation and proposed protective order regarding confidential and proprietary documents. References are made therein to the California Evidence Code and California Code of Civil Procedure. As the parties are no doubt aware, this action is venued in the United States District Court and accordingly is governed by the Federal Rules of Evidence and the Federal Rules of Civil Procedure. Although the court recognizes the use of wordprocessing technology promotes the use of boilerplate language in documents submitted to the court, the court also discourages the unthinking utilization of such boilerplate.[1]

/////

---

[1] Of course, reference to certain provisions of state law might be appropriate in a carefully tailored proposed order, for example, as an agreed upon manner of defining trade secrets.

1

1       Accordingly, IT IS HEREBY ORDERED that the proposed protective order is
2 denied without prejudice to its resubmission with appropriate references to federal law.
3 DATED: January 17, 2007.

_____
U.S. MAGISTRATE JUDGE

006
nash.po.den