1  ALAN ADELMAN, ESQ.   BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California  94108
   Telephone:  (415) 956-1360
4  Facsimile:  (415) 625-1339

5  ELIZABETH S. MANCL, ESQ.   BAR NO: 191844
   Attorney at Law
6  508 Forbes Avenue, 2nd Floor South
   Yuba City, California 95991
7  Telephone: (530) 751-1695
   Facsimile:  (530) 751-2384
8
   Attorneys for Plaintiff
9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

13  CHRIS A. NASH,                          )  **CASE NUMBER: 06-CV-1371-GEB-KJM**
                                            )
14           Plaintiff,                     )  **STIPULATION OF PARTIES FOR**
                                            )  **BENCH TRIAL; [PROPOSED] ORDER**
15  vs.                                     )
                                            )  **Trial Date:    November 6, 2007**
16  KRISPY KREME DOUGHNUT CORPORATION;      )
    GOLDEN GATE DOUGHNUTS, LLC,             )  **Honorable Garland E. Burrell, Jr.**
17                                          )
             Defendants.                    )
18  _____     )

19
           Plaintiff CHRIS A. NASH ("Plaintiff") and Defendants KRISPY KREME DOUGHNUT
20
    CORPORATION and GOLDEN GATE DOUGHNUTS, LLC (collectively referred to herein as
21
    "Defendants"), by and through their respective counsel of record,  hereby submit the following
22
    Stipulation to this Court for its consideration and jointly submit the attached proposed Order setting this
23
    matter for a bench trial.
24
           WHEREAS, the trial in this matter is presently set to proceed via a trial by jury commencing on
25
    November 6, 2007;
26

**STIPULATION OF PARTIES FOR BENCH TRIAL**
**CASE NUMBER: 06-CV-1371-GEB-KJM**

1  WHEREAS, this trial will involve the adjudication of wage and hour disputes arising from

2 Plaintiff's former employment with Defendants;

3  WHEREAS, during the course of trial preparation, counsel have met and conferred and

4 determined that all parties agree that the issues to be adjudicated at trial would be more efficiently and

5 accurately adjudicated through a bench trial as opposed to a trial by jury;

6  WHEREAS, all parties agree to waive a jury trial and proceed with a bench trial.

7  IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR COUNSEL OF

8 RECORD THAT:

9  The parties, by and through their respective counsel of record, hereby waive their right to a jury

10 trial and request that this matter be submitted to the honorable Garland E. Burrell, Jr. for adjudication of

11 all issues through a bench trial.

Dated:                                             LAW OFFICES OF ALAN ADELMAN


By: _____
    ALAN ADELMAN
    Attorney for Plaintiff


Dated:                                             KILPATRICK STOCKTON LLP


By: _____
    JOCELYN BURTON
    Attorneys for Defendants

**STIPULATION OF PARTIES FOR BENCH TRIAL**
**CASE NUMBER: 06-CV-1371-GEB-KJM**                    2

## **ORDER**

Pursuant to the concurrently filed Stipulation of the parties herein, and all parties having waived their right to a jury trial, this Court orders this matter to proceed by way of a bench trial.

**IT IS SO ORDERED.**

**Dated:  July 27, 2007**

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```