IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS A. NASH,                          )
                                        )        2:06-CV-1371-GEB-KJM
            Plaintiff,                  )
                                        )
     v.                                 )        ORDER[*]
                                        )
KRISPY KREME DOUGHNUTS, INC.;           )
KRISPY KREME DOUGHNUT CORPORATION;      )
GOLDEN GATE DOUGHNUTS, LLC,             )
                                        )
            Defendants.                 )
_____)

On October 8, 2007, Defendants filed what they characterize as an ex parte request for a continuance of the three-day trial from November 6, 2007 to the week of November 12, 2007.[1] Defendants argue the continuance is required because their attorney, Roger W. Clark, will be unavailable on November 6 and 7, 2007, as he will be teaching a law school class at Rutgers University School of Law in New Jersey.

---

[*] This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

[1] November 12, 2007, is a holiday and therefore the Court will be closed.

1

1 (Defs.' Ex Parte Application at 5:11-14.)  Plaintiffs oppose the
2 application, arguing that it should be denied because Defendants fail
3 to show the request is justified under Federal Rule of Civil Procedure
4 16's good cause standard.  (Pl.'s Opp'n to Defs.' Ex Parte Application
5 at 2:12-3:23.)

6 Neither party addresses the applicable standard governing
7 the request, and Plaintiff has not explained why the short continuance
8 Defendants seek will adversely affect Plaintiff.  Since the request
9 does not adversely affect the Court's docket, the commencement of
10 trial shall be November 13, 2007, at 9:00 a.m., instead of the
11 previously prescribed date.

12 IT IS SO ORDERED.

13 Dated: October 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2