UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS A. NASH,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISPY KREME DOUGHNUTS, INC.;<br>KRISPY KREME DOUGHNUT CORPORATION;<br>GOLDEN GATE DOUGHNUTS, LLC,<br><br>        Defendants. | 2:06-cv-1371-GEB-KJM<br><br><u>ORDER RE: SETTLEMENT<br>AND DISPOSITION</u> |

        On October 26, 2007, Defendants filed a Notice of Settlement notifying the Court that they "have reached a settlement with Plaintiff . . . subject to the execution of a written settlement agreement." The Notice of Settlement also "request[s] the Court vacate all pending appearances and deadlines, including the trial date," and "that the Court allow a minimum of thirty (30) days to file the dispositional papers."

        Trial is scheduled to commence in this action on November 13, 2007. Absent a showing that a judicially enforceable settlement exists, the trial commencement date, and all related deadlines, will not be vacated; the mere representation that an action has been settled does not justify removal of the action

from a district court's trial docket.[1]  See Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (before a settlement agreement is enforceable the parties must have agreed to all material terms of the settlement in an enforceable form).

If the parties desire to have the trial date vacated, they must file a dismissal document by November 9, 2007, or place a judicially enforceable settlement on the record by the same date (either by filing a writing in which the parties and counsel set forth all material terms of the settlement or by setting forth all material settlement terms on the record in a hearing before the judge).  Otherwise, the case will not be removed from the judge's trial docket.

If the parties elect to file a document setting forth the material terms of their settlement, each party, through an authorized agent, must affirm the settlement under 28 U.S.C. § 1746, or through the agent's duly-notarized signature.  Affirming the settlement as stated could make it enforceable under federal law.  See Callie, 829 F.2d at 890.  If the parties elect to set forth the settlement terms at a hearing on the record, they must contact the judge's courtroom deputy, Shani Furstenau (916-930-4114), to schedule a hearing on the judge's calender so that the hearing will take place no later than November 9, 2007.

IT IS SO ORDERED.

Dated:  October 30, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Although all other related deadlines remain unchanged, proposed prevailing party findings and conclusions shall be filed no later than November 7, 2007.